**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20110-DPG**

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FAUSTO VILLAR,

       Defendant.

_____/

**ORDER SEALING**
**JOINT MOTION TO CONTINUE SENTENCING**

**THIS MATTER** having come before the Court on the Parties' Joint Motion to Seal Joint Motion to Continue Sentencing [ECF No. 294], it is hereby,

**ORDERED AND ADJUDGED** that the Parties' Joint Motion to Seal Joint Motion to Continue Sentencing is sealed until the entire closing of the case, at which time the foregoing motion shall be destroyed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of April 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE